B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Georgia | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ten Side Holdings, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Tivoli 643 Holdings, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-3917115** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**One Overton Park, Suite 1150**<br>**3625 Cumberland Blvd., SE**<br>**Atlanta, GA**     ZIP Code **30339** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fulton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ten Side Holdings, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)     Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Ten Side Holdings, LLC** |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Debtor<br><br>X_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X /s/ Denise D. Dell-Powell<br>Signature of Attorney for Debtor(s)<br><br>Denise D. Dell-Powell Georgia Bar No. 217070<br>Printed Name of Attorney for Debtor(s)<br><br>Burr & Forman, LLP<br>Firm Name<br><br>450 S. Orange Avenue<br>Suite 200<br>Orlando, FL 32801<br>Address<br><br>Email: ddpowell@burr.com<br>(407) 244-0888 Fax: (407) 244-0889<br>Telephone Number<br><br>November 3, 2010<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X_____<br><br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _[signature]_____<br>Signature of Authorized Individual<br><br>Scott L. Leventhal, Pres. & CEO of Tivoli Properties, Inc.,<br>Printed Name of Authorized Individual<br><br>Non-member manager of Tenside Manager, LLC, Manager<br>Title of Authorized Individual<br><br>November 3, 2010<br>Date | |

# MEMBER CONSENT AGREEMENT

THIS MEMBER CONSENT AGREEMENT (this "**Consent**") is entered into as of this 28th day of October, 2010, by TEN SIDE MANAGER, LLC, a Georgia limited liability company ("**Manager**") and WILLIAMS OPPORTUNITY FUND, LLC, a Georgia limited liability company ("**Fund**"; Manager and Fund are collectively, the "**Members**").

## RECITALS

A.   The Members hold one hundred percent (100%) of the ownership interests of Ten Side Member, LLC (the "**Company**").

B.   The Company holds one hundred percent (100%) of the ownership interests of Ten Side Holdings, LLC (the "**Operating Company**").

C.   The Company is managed by Manager pursuant to that certain Operating Agreement of Ten Side Member, LLC dated as of July 6, 2007 (the "**Operating Agreement**").

D.   The Operating Company is managed by the Company pursuant to that certain Second Amended and Restated Operating Agreement of Ten Side Holdings, LLC dated on or about July 6, 2007.

E.   The Members have determined that the Company and/or the Operating Company (collectively, the "**Companies**") must undertake all offensive and defensive measures to protect the Companies, and their assets, which measures shall include, but not be limited to, the filing of a voluntary petition for relief under Chapter 11, or any other chapter, of the United States Bankruptcy Code on behalf of the Companies ("**Bankruptcy Protection**"), or either of them.

NOW, THEREFORE, the Members hereby agree as follows:

1.   <u>Incorporation of Recitals</u>.  The Recitals set forth above are incorporated herein by this reference, as if same were fully set forth hereinafter in their entirety.

2.   <u>Definitions</u>.  Capitalized terms used herein, but not otherwise defined herein, shall have the meanings ascribed to them in the Operating Agreement.

3.   <u>Bankruptcy Protection</u>.

(a)   The Members hereby consent to, and approve (a) filing for Bankruptcy Protection for the Companies, or either of them; (ii) Scott L. Leventhal to execute any and all documents necessary for the filing and prosecution of the Bankruptcy Protection; and (iii) Scott L. Leventhal to appear in bankruptcy proceedings as necessary on behalf of the Companies, or to direct another representative to appear, and to otherwise do and perform all acts and deeds necessary on behalf of the Companies in connection with the Bankruptcy Protection.

(b)   The Members further authorize Manager, on behalf of the Company, and the Company on behalf of the Operating Company, to retain and employ (i) the law firm of Burr &

11263-3

1

Forman, LLP to represent the Companies in any filing seeking Bankruptcy Protection; and (iii) any other law firm the Companies deems necessary.

    (c)    The Members further authorize Manager, on behalf of the Company, and the Company on behalf of the Operating Company, to execute all such documents and take all such actions as Manager deems reasonably necessary to effect the foregoing.

    4.    Counterparts.  This Consent may be executed in several counterparts with the same effect as if the parties executing the several counterparts had executed one counterpart as of the day and year below written; provided, however, those counterparts in the aggregate, shall have been signed by all the parties.  All of such counterparts taken together shall be deemed the original Consent.

[Signatures Begin on Following Page]

IN WITNESS WHEREOF, this Consent is hereby executed under seal as of the date first written above.

        MANAGER:

        TENSIDE MANAGER, LLC, a Georgia limited liability company

        By:   Tivoli Properties, Inc. (Delaware), a Delaware corporation

        By: /s/ Scott Leventhal
        Scott C. Leventhal, President and Chief Executive Officer

        (CORPORATE SEAL)

        FUND:

        WILLIAMS OPPORTUNITY FUND, LLC, a Georgia limited liability company

        By:   Williams Opportunity Fund Manager, LLC, a Georgia limited liability company, its Managing Member

        By:   Williams Realty Advisors, LLC, a Georgia limited liability company, its Managing Member

        By:_____
        Name: _____
        Title: _____

IN WITNESS WHEREOF, this Consent is hereby executed under seal as of the date first written above.

MANAGER:

TENSIDE MANAGER, LLC, a Georgia limited liability company

By: Tivoli Properties, Inc. (Delaware), a Delaware corporation

By: _____
Scott L. Leventhal, President
and Chief Executive Officer

(CORPORATE SEAL)

FUND:

WILLIAMS OPPORTUNITY FUND, LLC, a Georgia limited liability company

By: Williams Opportunity Fund Manager, LLC, a Georgia limited liability company, its Managing Member

By: Williams Realty Advisors, LLC, a Georgia limited liability company, its Managing Member

By: _____
Name: John A. Williams
Title: CEO

11263-3

3

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Ten Side Holdings, LLC**                                                           Case No. _____
                                                    Debtor(s)                                 Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Affordable Fire<br>4025 Steve Reynolds Blvd.<br>Suite 100<br>Norcross, GA 30093 | Affordable Fire<br>4025 Steve Reynolds Blvd.<br>Suite 100<br>Norcross, GA 30093 | Business vendor | | 1,625.00 |
| AICCO, Inc.<br>1001 Winstead Drive<br>Suite 500<br>Cary, NC 27513 | AICCO, Inc.<br>1001 Winstead Drive<br>Suite 500<br>Cary, NC 27513 | Insurance premium financing | | 5,985.26 |
| APLUS Locators<br>PO Box 14886<br>Atlanta, GA 30324 | APLUS Locators<br>PO Box 14886<br>Atlanta, GA 30324 | Business vendor | | 687.50 |
| Atlanta Reconstruction<br>3706 Memorial Parkway<br>Kennesaw, GA 30152 | Atlanta Reconstruction<br>3706 Memorial Parkway<br>Kennesaw, GA 30152 | Business vendor | | 400.00 |
| CBS Outdoors<br>185 US Highway 46<br>Fairfield, NJ 07004 | CBS Outdoors<br>185 US Highway 46<br>Fairfield, NJ 07004 | Business vendor | | 4,000.00 |
| Community Controls<br>2500 South 3850 West Suite A<br>Salt Lake City, UT 84120 | Community Controls<br>2500 South 3850 West Suite A<br>Salt Lake City, UT 84120 | Business vendor | | 371.20 |
| Controlled Access<br>1803 Williams Drive<br>Marietta, GA 30066 | Controlled Access<br>1803 Williams Drive<br>Marietta, GA 30066 | Business vendor | | 780.00 |
| FedEx<br>1356 Ormewood Ave<br>Atlanta, GA 30316 | FedEx<br>1356 Ormewood Ave<br>Atlanta, GA 30316 | Business vendor | | 813.02 |
| Home Depot Supply<br>HD Supply Facilities Maint.<br>PO Box 509058<br>San Diego, CA 92150 | Home Depot Supply<br>HD Supply Facilities Maint.<br>PO Box 509058<br>San Diego, CA 92150 | Business vendor | | 2,245.00 |
| Promotional Partners<br>The Highland Building<br>675 Seminole Ave, Suite T06<br>Atlanta, GA 30307 | Promotional Partners<br>The Highland Building<br>675 Seminole Ave, Suite T06<br>Atlanta, GA 30307 | Business vendor | | 245.48 |

B4 (Official Form 4) (12/07) - Cont.

In re **Ten Side Holdings, LLC** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ProMove<br>c/o Advance Financial Corp<br>PO Box 720477<br>Atlanta, GA 30358 | ProMove<br>c/o Advance Financial Corp<br>PO Box 720477<br>Atlanta, GA 30358 | Business vendor | | 3,353.50 |
| Quill<br>PO Box 37600<br>Philadelphia, PA 19101 | Quill<br>PO Box 37600<br>Philadelphia, PA 19101 | Business vendor | | 510.45 |
| Renters Reference Services<br>4140 Clairmont Road<br>Atlanta, GA 30341 | Renters Reference Services<br>4140 Clairmont Road<br>Atlanta, GA 30341 | Business vendor | | 472.50 |
| Restor-It<br>850 Pickens Industrial Drive<br>Suite G<br>Marietta, GA 30062 | Restor-It<br>850 Pickens Industrial Drive<br>Suite G<br>Marietta, GA 30062 | Business vendor | | 26,754.00 |
| Sears<br>PO Box 630859<br>Irving, TX 75063 | Sears<br>PO Box 630859<br>Irving, TX 75063 | Business vendor | | 12,500.35 |
| Southern Lights<br>PO Box 317<br>Dallas, GA 30132 | Southern Lights<br>PO Box 317<br>Dallas, GA 30132 | Business vendor | | 1,000.00 |
| Temporary Apartment Management<br>2935 Horizon Park Drive<br>Suite A<br>Suwanee, GA 30024 | Temporary Apartment Management<br>2935 Horizon Park Drive<br>Suite A<br>Suwanee, GA 30024 | Business vendor | | 726.25 |
| ThyssenKrupp Elevator<br>PO Box 933004<br>Atlanta, GA 31193 | ThyssenKrupp Elevator<br>PO Box 933004<br>Atlanta, GA 31193 | Business vendor | | 1,900.00 |
| Vitality Works<br>572 Star Flower Lane<br>Buford, GA 30518 | Vitality Works<br>572 Star Flower Lane<br>Buford, GA 30518 | Business vendor | | 5,100.00 |
| Whirlpool<br>PO Box 532415<br>Charlotte, NC 28290 | Whirlpool<br>PO Box 532415<br>Charlotte, NC 28290 | Business vendor | | 13,755.08 |

B4 (Official Form 4) (12/07) - Cont.
In re   Ten Side Holdings, LLC                                                                Case No.
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Non-member manager of Tenside Manager, LLC, Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   11/3/10                          Signature   _[signature]_
                                                    **Scott L. Leventhal, Pres. & CEO of Tivoli Properties, Inc.,
                                                    Non-member manager of Tenside Manager, LLC,
                                                    Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Northern District of Georgia**

In re  Ten Side Holdings, LLC                                    Case No. _____

                                    Debtor(s)                    Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Non-member manager of Tenside Manager, LLC, Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  11/3/10

Scott L. Leventhal, Pres. & CEO of Tivoli Properties, Inc./Non-member manager of Tenside Manager, LLC, Manager
Signer/Title

Affordable Fire
4025 Steve Reynolds Blvd.
Suite 100
Norcross, GA 30093


AICCO, Inc.
1001 Winstead Drive
Suite 500
Cary, NC 27513


APLUS Locators
PO Box 14886
Atlanta, GA 30324


Arthur E. Ferdinand, Tax
Commissioner-Fulton County, GA
141 Pryor St SW
Atlanta, GA 30303


AT&T
PO Box 10562
Atlanta, GA 30348


Atlanta Development Authority
86 Pryor Street, SW
Suite 300
Atlanta, GA 30303


Atlanta Reconstruction
3706 Memorial Parkway
Kennesaw, GA 30152


Atlanta's Best Burgers, LLC
Attn: Michael E. Melton
2400 Herodian Way, SE, St.157
Smyrna, GA 30080

AUM
2211 York Road
Suite 320
Oak Brook, IL 60523


Benny Lee and Loc (Ben) Nguyen
3889 Ashford Dunwoody Rd
Atlanta, GA 30319


Capital Mezz, LLC
Archstone
9200 E. Panorama Circle
Englewood, CO 80112


CBS Outdoors
185 US Highway 46
Fairfield, NJ 07004


CDS Creative, LLC
Attn:  Carla Desormot-Saintil
1000 Northside Dr., Suite 1000
Atlanta, GA 30318


City of Atlanta
Dept. of Watershed
PO Box 105275
Atlanta, GA 30348


Comcast
PO Box 530098
Atlanta, GA 30353


Commonwealth Insurance Company
1700 Seventh Ave
Suite 1850
Seattle, WA 98101

Community Controls
2500 South 3850 West Suite A
Salt Lake City, UT 84120


Community Waste
PO Box 467
Alpharetta, GA 30009


Controlled Access
1803 Williams Drive
Marietta, GA 30066


FedEx
1356 Ormewood Ave
Atlanta, GA 30316


Fitness Battalion, Inc.
Attn: Mike Maddalena
1000 Northside Dr., Suite 400
Atlanta, GA 30318


Fox Appliance
PO Box 16217
Atlanta, GA 30341


Georgia Natural Gas
PO Box 467
Atlanta, GA 30348


Georgia Power Company
805 B R D Abernathy Blvd
Atlanta, GA 30310


Gill Plumbing Company
PO Box 40
Lilburn, GA 30048

```
Home Depot Supply
HD Supply Facilities Maint.
PO Box 509058
San Diego, CA 92150


HTS Subs, Inc.
Attn: Tony Saraj
1000 Northside Dr., Suite 1200
Atlanta, GA 30318


Insurance Office of America
c/o Rhonda Johnston
4634 Gulfstarr Drive
Destin, FL 32541


Interstate Fire & Casualty Co
33 W. Monroe St.
Chicago, IL 60603


Miller Mechanical
1976 Airport Industrial
Park Drive
Marietta, GA 30060


Move.com
PO Box 4455
Scottsdale, AZ 85261


Promotional Partners
The Highland Building
675 Seminole Ave, Suite T06
Atlanta, GA 30307


ProMove
c/o Advance Financial Corp
PO Box 720477
Atlanta, GA 30358
```

QOS, Inc. d/b/a Zen on Ten
c/o Veerasak Phingbodhipakkiya
1000 Northside Dr., Suite 600
Atlanta, GA 30318


Quill
PO Box 37600
Philadelphia, PA 19101


Renters Reference Services
4140 Clairmont Road
Atlanta, GA 30341


Restor-It
850 Pickens Industrial Drive
Suite G
Marietta, GA 30062


Sears
PO Box 630859
Irving, TX 75063


Signal Systems, Inc.
5655 Lake Acworth Drive
Suite 310
Acworth, GA 30101


Southeastern Pizza Group Two
Attn:  Warren R. Nelson
2 Wharfside Street, Suite 2-0
Charleston, SC 29401


Southern Lights
PO Box 317
Dallas, GA 30132


Standard Coffee
PO Box 2617
Loganville, GA 30052

```
T-Mobile South LLC
12920 SE 38th Street
Bellevue, WA 98006


Temporary Apartment Management
2935 Horizon Park Drive
Suite A
Suwanee, GA 30024


ThyssenKrupp Elevator
PO Box 933004
Atlanta, GA 31193


Vitality Works
572 Star Flower Lane
Buford, GA 30518


Voice Innovation
Call Max
2464 Zachary Woods Drive
Marietta, GA 30064


Waste Watchers
PO Box 671154
Marietta, GA 30066


Waterton Tenside NH, LLC
c/o Burleigh L. Singleton, Esq
1100 Peachtree St, NE,Ste 2800
Atlanta, GA 30309


Whirlpool
PO Box 532415
Charlotte, NC 28290


Windstream Communications
PO Box 580451
Charlotte, NC 28258
```

Zurich/American Guarantee
& Liability
1400 American Lane
Schaumburg, IL 60196