**IT IS ORDERED as set forth below:**

Date: **November 10, 2010**

_____
**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No.: 10-93402-crm** |
| **TEN SIDE HOLDINGS, LLC,** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**CONSENT ORDER AUTHORIZING PAYMENT
OF PREPETITION EMPLOYEE COMPENSATION**

This matter came before the Court on *Debtor's Emergency Motion For Authority To Pay Prepetition Employee Compensation* (Docket # 8, the "Motion"). A limited objection to the Motion was filed by Waterton Tenside NH, LLC ("Waterton"), and a hearing on the Motion was held by the Court on November 10, 2010. The Court having considered the Motion and finding that (a) the court has jurisdiction over this matter, (b) this matter is a core proceeding, (c) sufficient notice has been provided under the circumstances, and (d) Waterton withdraws its objection based upon the representations of the Debtor and its Manager, it is hereby ORDERED as follows:

1. The Motion is GRANTED pursuant to the terms of this Order. Any terms not otherwise defined herein have the same meaning ascribed to them in the Motion.

332365 v2

2. The Debtor is authorized to transfer funds to its Manager, in the amount of $13,369.77, as is necessary to pay the prepetition wages and benefits of the staff of five (5) employees who work for the Debtor's benefit at the Property.

### END OF DOCUMENT ###

Prepared and presented by:

/s/ Brad A. Baldwin
Brad A. Baldwin
Georgia Bar No. 034220
BURR & FORMAN, LLP
171 17th Street, NW - Suite 1100
Atlanta, GA 30363
Telephone: (404) 815-3000
Facsimile: (404) 214-7930
Email: bbaldwin@burr.com

and

Denise D. Dell-Powell, Esq.
Georgia Bar No. 217070
Burr & Forman, LLP
450 S. Orange Avenue, Suite 200
Orlando, FL 32801
Telephone: (407) 244-0888
Facsimile: (407) 244-0889
Email: ddpowell@burr.com

*Proposed Counsel to Debtor*

Consented as to form by:

/s/ Paul M. Rosenblatt
Paul M. Rosenblatt
(GA Bar No. 614522)
Jeffrey P. Fuller
(GA Bar No. 344016)
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6321
Facsimile:(404) 815-6555
prosenblatt@kilpatrickstockton.com

*Attorneys for Waterton Tenside NH, L.L.C.*

332365 v2                              2