B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re   Ten Side Holdings, LLC                                     Case No.   10-93402-crm
                              Debtor(s)                            Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AICCO, Inc.<br>1001 Winstead Drive<br>Suite 500<br>Cary, NC 27513 | AICCO, Inc.<br>1001 Winstead Drive<br>Suite 500<br>Cary, NC 27513 | Insurance premium financing | | 5,985.26 |
| Alston & Bird LLP<br>One Atlantic Center<br>1201 W. Peachtree St.<br>Atlanta, GA 30309 | Alston & Bird LLP<br>One Atlantic Center<br>1201 W. Peachtree St.<br>Atlanta, GA 30309 | Legal services | | 12,344.00 |
| Atlanta's Best Burgers, LLC<br>Attn: Michael E. Melton<br>2400 Herodian Way, SE, St.157<br>Smyrna, GA 30080 | Atlanta's Best Burgers, LLC<br>Attn: Michael E. Melton<br>2400 Herodian Way, SE, St.157<br>Smyrna, GA 30080 | Security deposit | | 6,741.67 |
| Benny Lee and Loc (Ben) Nguyen<br>3889 Ashford Dunwoody Rd<br>Atlanta, GA 30319 | Benny Lee and Loc (Ben) Nguyen<br>3889 Ashford Dunwoody Rd<br>Atlanta, GA 30319 | Security deposit | | 3,778.83 |
| CBS Outdoors<br>185 US Highway 46<br>Fairfield, NJ 07004 | CBS Outdoors<br>185 US Highway 46<br>Fairfield, NJ 07004 | | | 4,000.00 |
| CDS Creative, LLC<br>Attn: Carla Desormot-Saintil<br>1000 Northside Dr., Suite 1000<br>Atlanta, GA 30318 | CDS Creative, LLC<br>Attn: Carla Desormot-Saintil<br>1000 Northside Dr., Suite 1000<br>Atlanta, GA 30318 | Security deposit | | 3,391.00 |
| Colliers International-Atlanta Realty, LLC<br>5871 Glenridge Dr., Suite 400<br>Atlanta, GA 30328 | Colliers International-Atlanta Realty, LLC<br>5871 Glenridge Dr., Suite 400<br>Atlanta, GA 30328 | Realty services | | 12,655.48 |
| Fellers, Schewe, Scott and Roberts, Inc.<br>PO Box 450233<br>Atlanta, GA 31145 | Fellers, Schewe, Scott and Roberts, Inc.<br>PO Box 450233<br>Atlanta, GA 31145 | Tax services | | 8,923.27 |
| Fitness Battalion, Inc.<br>Attn: Mike Maddalena<br>1000 Northside Dr., Suite 400<br>Atlanta, GA 30318 | Fitness Battalion, Inc.<br>Attn: Mike Maddalena<br>1000 Northside Dr., Suite 400<br>Atlanta, GA 30318 | Security deposit | | 6,741.67 |

B4 (Official Form 4) (12/07) - Cont.

In re   Ten Side Holdings, LLC
             Debtor(s)

Case No.   10-93402-crm

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Georgia Power Company<br>805 B R D Abernathy Blvd<br>Atlanta, GA 30310 | Georgia Power Company<br>805 B R D Abernathy Blvd<br>Atlanta, GA 30310 | Utility - Electricity | | 11,432.98 |
| HTS Subs, Inc.<br>Attn: Tony Saraj<br>1000 Northside Dr., Suite 1200<br>Atlanta, GA 30318 | HTS Subs, Inc.<br>Attn: Tony Saraj<br>1000 Northside Dr., Suite 1200<br>Atlanta, GA 30318 | Security deposit | | 3,441.66 |
| Metromont Corporation<br>200 Metromont Road<br>Hiram, GA 30141 | Metromont Corporation<br>200 Metromont Road<br>Hiram, GA 30141 | Landscaping services | | 7,500.00 |
| Nova Engineering & Environmental Services Inc<br>PO Box 277685<br>Atlanta, GA 30384 | Nova Engineering & Environmental Services Inc<br>PO Box 277685<br>Atlanta, GA 30384 | Engineering services | | 10,043.00 |
| Park Landscape Services, LLC<br>4860 Martin Court<br>Smyrna, GA 30082 | Park Landscape Services, LLC<br>4860 Martin Court<br>Smyrna, GA 30082 | Landscaping services | | 6,111.00 |
| Premier Environmental Services<br>1880 W. Oak Parkway<br>Building 100, Suite 106<br>Marietta, GA 30062 | Premier Environmental Services<br>1880 W. Oak Parkway<br>Building 100, Suite 106<br>Marietta, GA 30062 | Survey work | | 2,966.53 |
| ProMove.com<br>c/o Advance Financial Corp<br>PO Box 720477<br>Atlanta, GA 30358 | ProMove.com<br>c/o Advance Financial Corp<br>PO Box 720477<br>Atlanta, GA 30358 | Apartment locator services | | 3,353.50 |
| QOS, Inc. d/b/a Zen on Ten<br>c/o Veerasak Phingbodhipakkiya<br>1000 Northside Dr., Suite 600<br>Atlanta, GA 30318 | QOS, Inc. d/b/a Zen on Ten<br>c/o Veerasak Phingbodhipakkiya<br>1000 Northside Dr., Suite 600<br>Atlanta, GA 30318 | Security deposit | | 10,353.45 |
| Sears Commercial<br>PO Box 630859<br>Irving, TX 75063 | Sears Commercial<br>PO Box 630859<br>Irving, TX 75063 | Commercial credit account | | 12,500.35 |
| ThyssenKrupp Elevator<br>co Jorse Villavicencio, Ste 100<br>3005 Chastain Meadows Parkway<br>Marietta, GA 30066 | ThyssenKrupp Elevator<br>co Jorse Villavicencio, Ste 100<br>3005 Chastain Meadows Parkway<br>Marietta, GA 30066 | Elevator services | | 4,735.32 |
| Vitality Works<br>572 Star Flower Lane<br>Buford, GA 30518 | Vitality Works<br>572 Star Flower Lane<br>Buford, GA 30518 | | | 5,120.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Ten Side Holdings, LLC                                    Case No.   10-93402-crm

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, President and CEO of Tivoli Properties, Inc., the non-member manager of Tenside Manager, LLC, the manager of Ten Side Member, LLC, which is the manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:   November 16, 2010            Signature _____

Scott Leventhal, President and CEO of Tivoli Properties, Inc., the non-member manager of Tenside Manager, LLC, the manager of Ten Side Member, LLC, which is the manager of the Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.