**IT IS ORDERED as set forth below:**

**Date: December 08, 2010**

_____
**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| **TEN SIDE HOLDINGS, LLC,** | ) | |
| | ) | **Case No. 10-93402-crm** |
| **Debtor.** | ) | |
| | ) | |

**ORDER AUTHORIZING DEBTOR TO HONOR
<u>PREPETITION SECURITY DEPOSITS AND CANCELLATIONS</u>**

This matter is before the Court on the *Debtor's Motion For Authority To Honor Tenants' Prepetition Security Deposits and Cancellations* (Docket # 50, the "Motion") filed by the above-captioned debtor in possession (the "Debtor"). A hearing was noticed and held before the Court on December 8, 2010 (the "Hearing"). No objections to the Motion have been filed, and no parties appeared at the Hearing in opposition to the Motion. The Court having reviewed the Motion and finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Motion and the Hearing appear sufficient under the circumstances; and (d) just cause exists for the relief granted herein;

334836 v1

IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED**. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

2. The Debtor is authorized to return any security deposits that may owing to any Tenants under their leases with the Debtor, including returning any security deposits that may have been received pre-petition.

3. Nothing in this Order, nor the Debtor's payment of security deposits pursuant to this Order, shall be deemed or construed as: (a) an admission as to the validity of any claim against the Debtor; (b) a waiver of the Debtor's rights to dispute any claim; or (c) an approval or assumption of any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code.

### END OF DOCUMENT ###

Prepared and presented by:

/s/ Brad A. Baldwin
Brad Baldwin (Ga Bar No. 034220)
Burr & Forman, LLP
171 17th Street, NW - Suite 1100
Atlanta, GA 30363
Telephone: (404) 815-3000
Facsimile: (404) 214-7930
Email: bbaldwin@burr.com
*-- and --*

Denise D. Dell-Powell, Esq. (Ga Bar No. 217070)
Burr & Forman, LLP
450 S. Orange Avenue, Suite 200
Orlando, FL 32801
Telephone: (407) 244-0888
Facsimile: (407) 244-0889
Email: ddpowell@burr.com
*Counsel to Debtor*

334836 v1

**Distribution List**

Brad Baldwin
Burr & Forman, LLP
171 17th Street, NW - Suite 1100
Atlanta, GA 30363

Denise D. Dell-Powell, Esq.
Burr & Forman, LLP
450 S. Orange Avenue, Suite 200
Orlando, FL 32801

Thomas W. Dworschak
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia  30303

Paul M. Rosenblatt
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530

334836 v1