**IT IS ORDERED as set forth below:**

Date: August 22, 2011

_____
C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| **TEN SIDE HOLDINGS, LLC,** | ) | |
| | ) | **Case No. 10-93402-crm** |
| **Debtor.** | ) | |
| _____ | ) | |
| **In re:** | ) | **Chapter 11** |
| **TEN SIDE MEMBER, LLC,** | ) | |
| | ) | **Case No. 11-67624-crm** |
| **Debtor.** | ) | |
| _____ | ) | |

**ORDER APPROVING SETTLEMENT AGREEMENT**

It is hereby ORDERED that, for the reasons set forth in the order confirming the *Joint Chapter 11 Plan For Ten Side Holdings, LLC Proposed By Ten Side Holdings, LLC, Waterton Tenside NH, L.L.C., and Waterton Tenside MH, L.L.C.* in the case of *In re Ten Side Holdings, LLC* (the "Plan") (Case No. 10-93402-crm), the Settlement Agreement attached to the Plan is approved in all respects.

Counsel is directed to serve this Order on all parties in interest.

***END OF ORDER***

US2008 2777153.3

Prepared and Presented by:

/s/ Paul M. Rosenblatt
Paul M. Rosenblatt
Georgia Bar No. 614522
prosenblatt@kilpatricktownsend.com
Jeffrey P. Fuller
Georgia Bar No. 344016
jfuller@ kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6321
Facsimile: (404) 815-6555

*Counsel for the Waterton Tenside NH, L.L.C.
and Waterton Tenside MH, L.L.C.*